UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-06915-ODW (MBKx) | Date | March 11, 2026 |
|---|---|---|---|
| Title | *Valentina Sinisterra v. City of Los Angeles et al.* | | |

Present: The Honorable | Otis D. Wright, II, United States District Judge

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**        **In Chambers**

On February 17, 2026, the Court granted the parties' joint stipulation for leave to amend for Plaintiff to file a First Amended Complaint. (Dkt. No. 88.) Pursuant to the parties' stipulation and the Court's order granting said stipulation, Defendants' deadline to file their answer to Plaintiff's First Amended Complaint was due fourteen days after the Court's order, on March 3, 2026. (*Id.*) On February 19, 2026, Plaintiff filed her First Amended Complaint. (First Am. Compl., Dkt. No. 89.) Up to date, Defendants failed to answer. Plaintiff is hereby ordered to SHOW CAUSE, in writing only, no later than March 18, 2026, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, as an appropriate response to this Order to Show Cause on or before the above date: (1) Plaintiff's request for entry of default as to all Defendants that failed to answer, or (2) Answer by the defendant(s).

In the event both documents are filed before the above date, the answer will take precedence. In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument on this Order to Show Cause will be heard unless ordered by the Court. This Order will stand submitted upon the filing of a timely response. Failure to timely respond to the Court's Order may result in the dismissal of the action.

| | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |